AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

__EASTERN__    **District of**    __CALIFORNIA__

| | |
|---|---|
| DONALD CATHEY, | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| | **PREPAYMENT OF FEES** |
| V. | |
| | |
| COMMISSIONER of SOCIAL SECURITY, | CASE   1:10-AT-00638 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   __30th__   day of   __August__  , __2010__ .

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer