# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CATHEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | 1:10-cv-01562-LJO-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

Plaintiff Donald Cathey ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits. On May 10, 2012, the Magistrate Judge issued Findings and Recommendations recommending that judgment be entered against the Commissioner and in favor of Plaintiff. The Findings and Recommendation were served on the parties and contained notice that any objections were to be filed within fifteen (15) days. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated May 10, 2012, are ADOPTED IN FULL; and

2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is GRANTED and that judgment be entered in favor of Plaintiff Donald Cathey.

This Court REMANDS this matter to the Commissioner for further proceedings consistent with the Findings and Recommendations.

IT IS SO ORDERED.

Dated:   June 5, 2012                              /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE