# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD CATHEY, | ) | 1:10-cv-1562 LJO-BAM |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE: PLAINTIFF'S MOTION FOR ATTORNEYS' |
| v. | ) | FEES |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | (Document 23) |
| | ) | |
| Defendant. | ) ) | |

On August 27, 2010, Plaintiff, Donald Cathey, filed the present action for judicial review of the denial of Social Security benefits. (Doc. 1). Plaintiff's appeal was granted and his case was remanded to the Administrative Law Judge to conduct further proceedings. (Docs. 17, 18). Subsequently, Plaintiff filed a Motion for Attorneys' Fees. (Doc. 20). On March 25, 2013, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's Motion for Attorneys' Fees be GRANTED IN PART. (Doc. 23). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days (15) days. The Commissioner filed her objections on May 2, 2013. (Doc. 23).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including any objections, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated August 30, 2011 (Doc. 21), are ADOPTED IN FULL; and

2. Plaintiff's counsel is entitled to an award in the total amount of $6,742.53.

This amount should be payable to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

IT IS SO ORDERED.

**Dated:   May 6, 2013**              /s/  Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE