# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CATHEY, | **NEW CASE NO. 1:10-cv-1562-BAM** |
| Plaintiff, | ORDER ASSIGNING CASE<br>RE: PRESIDING JUDGE |
| v. | Old Case No. 1:10-cv-1562 LJO-BAM |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY ORDERED that this case be assigned to the docket of Judge BARBARA A. MCAULIFFE as the presiding judge. Plaintiff Donald Cathey filed his notice of consent on June 9, 2015, and Defendant filed its consent on October 18, 2010 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. *See* (Docs. 11 and 29).

All future pleadings shall be numbered as follows:

**1:10-cv-1562-BAM**

IT IS SO ORDERED.

Dated:  **June 10, 2015**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1